UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                                                    ) | **CRIMINAL NO. 13-10169-WGY** |
| ) | |
| **SHANE HANSEN** ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to unseal the redacted indictment in this case. As grounds therefor, the government states that defendant Hansen has been arrested and that further sealing of the indictment as to defendant Hansen would not be in the interest of justice.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

Date: July 18, 2013