UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 13cr10169 |
| | ) | |
| v. | ) | |
| | ) | VIOLATIONS: |
| SHANE HANSEN and | ) | 18 U.S.C. § 922(g)(1)- Felon |
| ▓▓▓▓▓▓▓▓▓▓ | ) | in Possession of a Firearm |
| | ) | and Ammunition |
| | ) | 18 U.S.C. § 922(k) - |
| | ) | Possession of Firearm With |
| | ) | Obliterated Serial Number |
| | ) | Criminal Forfeiture: |
| | ) | 18 U.S.C. § 924 and |
| | ) | 28 U.S.C. § 2461 |

INDICTMENT

COUNT ONE:    18 U.S.C. § 922(g)(1)- Felon in Possession of
             A Firearm and Ammunition

The Grand Jury charges that:

On or about March 24, 2012, at Beverly, in the District of

Massachusetts,

SHANE HANSEN,

the defendant herein, after having been convicted in a court of a

crime punishable by imprisonment for a term exceeding one year,

did knowingly possess in and affecting commerce a firearm and

ammunition, to wit: an AA Arms, Model AP9, 9mm, semiautomatic

pistol bearing an obliterated serial number, and 18 rounds of 9mm

ammunition.

All in violation of Title 18, United States Code, Section

922(g)(1).

<u>COUNT THREE</u>:     18 U.S.C. § 922(k) - Possession Of A Firearm With
                       An Obliterated Serial Number

The Grand Jury further charges that:

On or about March 24, 2012, at Beverly, in the District of

Massachusetts,

**SHANE HANSEN and**



defendants herein, knowingly possessed a firearm, to wit: an AA

Arms, Model AP9, 9mm, semiautomatic pistol, which had had the

importer's and manufacturer's serial number removed, obliterated,

and altered and had previously been shipped and transported in

interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections

922(k) and 2.

**FORFEITURE ALLEGATIONS:**  18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)

The Grand Jury further charges that:

1.  Upon conviction of one or more of the offenses charged in Counts One through Three of this indictment, the defendants,

**SHANE HANSEN, and**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in the commission of the offense.

2.  If any of the forfeitable property described in paragraph 1 above, as a result of any act or omission of the defendants:

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third person;

    (c)  has been placed beyond the jurisdiction of the Court;

    (d)  has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above property described in paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; June 4 , 2013

Returned into the District Court by Grand Jurors and filed.

DEPUTY CLERK   6/4/2013

@ 3:08pm

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

13cr 10169

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**               Category No. __II__           Investigating Agency __ATF__

**City** __Beverly__                    **Related Case Information:**

**County** __Essex__            Superseding Ind./ Inf. _____  Case No. _____
                                Same Defendant _____ New Defendant _____
                                Magistrate Judge Case Number _____
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Shane Hansen__                    Juvenile:     ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   __(City & State) Peabody, MA__

Birth date (Yr only): __1985__  SSN (last4#): __6974__  Sex __M__   Race: __White__   Nationality: __U.S.__

Defense Counsel if known: _____   Address _____   §.

Bar Number _____

**U.S. Attorney Information:**

AUSA   __Robert E. Richardson__          Bar Number if applicable _____

Interpreter:   ☐ Yes  ☑ No        List language and/or dialect: _____

Victims:      ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:   ☑ Yes   ☐ No

       ☑ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at ——————— ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☑ Indictment

Total # of Counts:   ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: __6/4/2013__       Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Shane Hansen    _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in Possession of Firearm and Ammunition | 1 |
| Set 2 | 18 USC 922(k) | Possession of Firearm With Obliterated Serial Number | 3 |
| Set 3 | 18 USC 924, 28 USC 2461 | Criminal Forfeiture | N/A |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013